UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASQUALE LONGORDO,

    Plaintiff,

v.

CREDIT PROTECTION ASSOCIATES, L.P.,

    Defendant.
_____/

Case No. 14-10010
HON. AVERN COHN

## ORDER IN LIMINE

### I. INTRODUCTION

This is a federal consumer protection case. In anticipation of trial, both parties have filed motions in limine. The Court's disposition of the various motions is as follows. The Court may reconsider disposition of a motion during trial.

### II. PLAINTIFF'S MOTIONS IN LIMINE

### A. Motions GRANTED

- Motion in Limine to Preclude Defendant from Using Improper Prejudicial Tactics Against Plaintiff's Character (Doc. 34)

- Motion in Limine to Exclude Expert Opinion Testimony from Non-Disclosed Experts Including Any of Defendant's Employees (Doc. 35)

- Motion in Limine to Exclude Reference to Plaintiff's Attorney's Fees (Doc. 36)

- Motion in Limine to Exclude Claims of Setoff Based on the Alleged Underlying Debt (Doc. 38)

- Motion in Limine to Exclude Evidence of Settlement Discussions and Negotiations (Doc. 39)

- Motion in Limine (Doc. 67)

- Motion in Limine to Exclude Matters Subject to the Attorney Client Privilege and to Prevent an Inference of Improper Conduct by Invoking the Privilege, and Preclude Attorney Mitigation Defense (Doc. 66)

### B. Motions DENIED

- Motion in Limine to Preclude Diane Evans and Any Witnesses Not Identified in Defendant's Rule 26(a)(1) Disclosures in Response to Plaintiff's Discovery Requests (Doc. 84)

### III. DEFENDANT'S MOTIONS IN LIMINE

### A. Motions GRANTED

- Motion in Limine to Limit Plaintiff to Theory Alleged in the First Amended Complaint and to Bar Plaintiff from Asserting Other Violations of the FDCPA (Doc. 54)

- Motion in Limine to Bar Plaintiff's Claims of Actual Damages (Doc. 55)

- Motion in Limine to Bar Plaintiff's Exhibit #13 (Doc. 72)

- Motion in Limine to Bar Plaintiff's Exhibit #15 (Doc. 74)

### B. Motions to be DENIED

- Motion in Limine to Bar Plaintiff from Claiming or Arguing that He Did Not Give Prior Consent to Be Called on His Cellular Telephone (Doc. 53)

- Motion in Limine to Bar Plaintiff's Claims of Harassment or that Defendant's Conduct Was Willful (Doc. 56)

- Motion in Limine to Bar Claims of Threats with Respect to Credit Information (Doc. 57)

- Motion in Limine to Bar Plaintiff's Exhibit #14 (Doc. 73)

- Motion in Limine to Bar Plaintiff's Exhibit #16 (Doc. 75)

- Motion in Limine to Bar Plaintiff's Exhibit #18 (Doc. 76)

SO ORDERED.

                                          s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated:  April 29, 2015