UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASQUALE LONGORDO,

    Plaintiff,

                                                                 Case No.  14-10010

v.

CREDIT PROTECTION ASSOCIATES, L.P.,    HONORABLE AVERN COHN
                                                                       UNITED STATES DISTRICT JUDGE

    Defendant.

_____/

ORDER FOR LUNCHEON FOR JURORS

IT IS ORDERED that the seven jurors in the above case, be furnished their luncheon at the expense of the United States.

                                                                 S/Avern Cohn
                                                                 AVERN COHN
                                                                 UNITED STATES DISTRICT JUDGE

Dated:  May 8, 2015

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 8, 2015, by electronic and/or ordinary mail.

                                                                 S/Sakne Chami
                                                                Case Manager, (313) 234-5160