14-10010



**VERDICT**
**TELEPHONE CONSUMER PROTECTION ACT**

As to the claim of violation of the Telephone Consumer Protection Act, we find for each of the calls below there was / was not a violation:

|  | DATE | TCPA VIOLATION (check only one) ||
|---|---|---|---|
|  |  | YES | NO |
| 1. | 08/16/12 |  | ✓ |
| 2. | 08/17/12 |  | ✓ |
| 3. | 08/20/12 |  | ✓ |
| 4. | 08/21/12 |  | ✓ |
| 5. | 08/22/12 |  | ✓ |
| 6. | 08/23/12 |  | ✓ |
| 7. | 08/24/12 |  | ✓ |
| 8. | 08/27/12 |  | ✓ |
| 9. | 08/28/12 |  | ✓ |
| 10. | 08/29/12 |  | ✓ |
| 11. | 08/30/12 |  | ✓ |
| 12. | 09/11/12 |  | ✓ |
| 13. | 09/12/12 |  | ✓ |
| 14. | 03/23/13 |  | ✓ |
| 15. | 03/25/13 |  | ✓ |
| 16. | 03/26/13 |  | ✓ |
| 17. | 03/28/13 |  | ✓ |
| 18. | 04/06/13 |  | ✓ |
| 19. | 04/08/13 |  | ✓ |
| 20. | 04/09/13 |  | ✓ |
| 21. | 08/19/13 |  | ✓ |

| | | | |
|---|---|---|---|
| 22. | 10/16/13 | | ✓ |
| 23. | 10/16/13 | | ✓ |
| 24. | 10/17/13 | | ✓ |
| 25. | 10/18/13 | | ✓ |
| 26. | 10/22/13 | | ✓ |
| 27. | 10/25/13 | | ✓ |
| 28. | 10/29/13 | | ✓ |
| 29. | 10/30/13 | | ✓ |
| 30. | 11/06/13 | | ✓ |
| 31. | 11/07/13 | | ✓ |
| 32. | 11/08/13 | | ✓ |
| 33. | 11/11/13 | | ✓ |
| 34. | 11/12/13 | | ✓ |
| 35. | 11/12/13 | | ✓ |
| 36. | 11/13/13 | | ✓ |
| 37. | 11/13/13 | | ✓ |
| 38. | 11/14/13 | | ✓ |
| 39. | 11/15/13 | | ✓ |
| 40. | 11/18/13 | | ✓ |
| 41. | 11/19/13 | | ✓ |
| 42. | 11/21/13 | | ✓ |
| 43. | 11/22/13 | | ✓ |
| 44. | 11/23/13 | | ✓ |
| 45. | 11/25/13 | | ✓ |
| 46. | 11/26/13 | | ✓ |

**s/Jury Foreperson**

5/8/15
**DATE**

**In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**